**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHAEL DAVID SCOTT,

       Plaintiff,

    v.

ALL DEBT SOLUTIONS, INC. aka
FIRST CLASS AGENCY,
EXPERIAN CREDIT BUREAU,
EQUIFAX INFORMATION SERVICES
LLC, and BOSTON IVF,

       Defendants.

Civil Action No. 1:25-cv-10376

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for

Experian Information Solutions, Inc., ("Experian"), hereby certifies that the following listed

parties have a direct, pecuniary interest in the outcome of this case. This certification is made to

enable the Court to evaluate possible disqualification or recusal:

1.     Parent Companies: The ultimate parent company of Experian is Experian plc.

2.     Subsidiaries Not Wholly Owned: The following companies are the U.S.-based

subsidiaries of Experian plc that are not wholly owned:

(a)     Central Source LLC

(b)     Online Data Exchange LLC

(c)     New Management Services LLC

(d)     VantageScore Solutions LLC

(e)     Opt-Out Services LLC

3.      Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: March 6, 2025                              Respectfully submitted

*/s/ Jenna L. LaPointe*
Jenna L. LaPointe, Esq. (BBO# 699045)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone:  617-960-3939
Facsimile:   617-449-6999
jlapointe@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

*/s/ Stefanie McArdle*
Stefanie McArdle, Esq. (715458)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone:  617-960-3939
Facsimile:   617-449-6999
smcardle@jonesday.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Jenna L. LaPointe, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 27, 2023.

Dated:  March 6, 2025

*/s/ Jenna L. LaPointe*
Jenna L. LaPointe, Esq.

*Counsel for Defendant*
*Experian Information Solutions, Inc.*